UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
JOHN LOPEZ,

            Plaintiff,

    -against-                                  **ORDER**
                                                 17 CV 4191 (RJD)

SQ BROOKLYN INC., SQ CORONA INC.,
*doing Business as Sneaker* Q, and LOUIS HONG,

           Defendants.
---------------------------------------------------------x

DEARIE, District Judge

    The Court's Order Adopting Report and Recommendation dated 11/13/2017 [ECF No. 10] and the Clerk's Judgment dated 11/14/2017 [ECF No. 11] are vacated. The Report and Recommendation of Magistrate Judge Bloom dated 10/18/2017 [ECF No. 9] is hereby adopted. Accordingly, Plaintiff's action as to Defendant Louis Hong is dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

    The Clerk of the Court is directed to reopen the case as to Defendants SQ Brooklyn Inc. and SQ Corona Inc.

SO ORDERED.

Dated: Brooklyn, New York
        November 21, 2017

                                                 *Raymond J. Dearie*
                                                 RAYMOND J. DEARIE
                                                 United States District Judge